No. 935. THE PEOPLE OF THE STATE OF NEW YORK AND FRANK H. WARDER, AS SUPERINTENDENT OF BANKS OF THE STATE OF NEW YORK *v.* M. BRIGHT WILSON, BENJAMIN B. MITTLER, AND WALTER D. WILE, AS TRUSTEES, ETC. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Albert Ottinger* and *Robert P. Beyer* for petitioners. *Mr. David W. Kahn* for respondents.

---

No. 936. DONNER STEEL CO., INC. *v.* INTERSTATE COMMERCE COMMISSION. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. John Lord O'Brien* for petitioner. *Mr. P. J. Farrell* for respondent.

---

No. 939. JAMES C. WATERS, JR. *v.* PULLMAN COMPANY. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. James C. Waters, Jr.* for petitioner. *Messrs. Benjamin S. Minor, H. Prescott Gatley, Hugh B. Rowland,* and *Arthur P. Drury* for respondent.

---

No. 940. MISSOURI PACIFIC RAILROAD COMPANY *v.* CHARLES HENDRIX. March 15, 1926. Petition for writ of certiorari to the Supreme Court of the State of Arkansas denied. *Messrs. Thomas B. Pryor, Edward J. White,* and *Harry L. Ponder* for petitioner. No appearance for respondent.

---

No. 941. EDWARD WUICHET *v.* UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lee*